# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| METROPOLITAN CASUALTY INSURANCE COMPANY, a Rhode Island Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDA LAMMERS and MICHAEL LAMMERS, a married couple,<br><br>Defendants. | NO.<br><br>FRCP 7.1 DISCLOSURE STATEMENT |

In accordance with FRCP 7.1(a), plaintiff Metropolitan Casualty Insurance Company states that it is a nongovernmental corporate party to this action and discloses as follows:

MetLife, Inc., a publicly held corporation, is the parent company of plaintiff Metropolitan Casualty Insurance Company, Inc.

DATED this 2nd day of June, 2015.

REED McCLURE

By *s/John W. Rankin, Jr.*
John W. Rankin, Jr., WSBA #6357
Attorney for Plaintiff Metropolitan Casualty Insurance Company

FRCP 7.1 DISCLOSURE STATEMENT – 1

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

065680.000113 540222.docx