IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **METROPOLITAN CASUALTY INSURANCE COMPANY, A RHODE ISLAND CORPORATION**<br>Plaintiff/Petitioner | Cause No.:    **3:15-cv-05369-RBL**<br>Hearing Date: |
| vs.<br>**BRENDA LAMMERS AND MICHAEL LAMMERS**<br>Defendant/Respondent | DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **27th day of June, 2015** at **10:03 AM** at the address of **20406 7TH ST E, LAKE TAPPS, Pierce County, WA 98391**; this declarant served the above described documents upon **BRENDA LAMMERS** and **MICHAEL LAMMERS** by then and there personally delivering **2** true and correct copy(ies) thereof, by then presenting to and leaving the same with **MICHAEL LAMMERS, Who accepted service, with identity confirmed by verbal communication, a brown/gray-haired white male approx. 50-60 years of age, 5'10"-6'0" tall and weighing 200-200 lbs.  See vehicle photos.**, a person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 69.50**

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: Reed, McClure
Ref #: 065680.000113

Tracking #: 0007606621

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this _____ day of June _____, 20 15 .

_____

**Ruth Simpson, Reg. # 23422, Pierce County , WA**


For: **Reed, McClure**
Ref #: **065680.000113**

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

Tracking #: **0007606621**

